IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DILSHOD ROZIKOV,**

          Petitioner,

    v.

**JAMAL L. JAMISON**, *et al.*,

          Respondents.

CIVIL ACTION NO. 26-0416

### ORDER

**AND NOW**, this 26th day of January 2026, upon consideration of the petition for a writ of habeas corpus filed by Petitioner on Friday, January 22, 2026 [Doc. No 1], it is hereby ordered that:

1. Pursuant to the agreement in place between the Eastern District of Pennsylvania Clerk's Office and the U.S. Attorney's Office, the Clerk of Court shall **FORTHWITH** serve the U.S. Attorney's Office with a copy of the petition [Doc. No. 1] and the appropriate summons.

2. Counsel for the Petitioner shall **FORTHWITH** administer service by furnishing a copy of the petition and the appropriate summons to both (1) the U.S. Attorney's Office and (2) all Respondents named in the petition.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**