IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DILSHOD ROZIKOV,**<br>  Petitioner,<br>v.<br>**JAMAL L. JAMISON,** *et al.***,**<br>  Respondents. | CIVIL ACTION NO. 26-0416 |

## ORDER OF TRANSFER

Before the Court is Petitioner Dilshod Rozikov's petition for a writ of habeas corpus, in which Mr. Rozikov seeks release from allegedly unlawful detention imposed by Immigration and Customs Enforcement ("ICE").

The following facts are drawn from the petition. Dilshod Rozikov is a noncitizen from Uzbekistan.[1] After entering the United States in May 2022, Mr. Rozikov was apprehended by U.S. Border Patrol.[2] He was later released and served with a Notice to Appear in removal proceedings based on the allegation that he entered the United States without admission or parole.[3] There is no record evidence that Mr. Rozikov has been arrested or charged with a crime in the United States or any other jurisdiction.[4] In November 2025, Mr. Rozikov was detained by ICE agents at a routine check-in appointment in Philadelphia.[5] Although he was initially detained in Philadelphia, he was transferred to the Moshannon Valley Processing Center in Philipsburg, Pennsylvania ("Moshannon").[6] Moshannon is in the Western District of Pennsylvania.

---

[1] Pet. Writ Habeas Corpus ¶ 1 [Doc. No. 1].

[2] Pet. Writ Habeas Corpus ¶ 1 [Doc. No. 1].

[3] Notice To Appear at 1 [Doc. No. 1-2].

[4] Pet. Writ Habeas Corpus ¶ 42 [Doc. No. 1].

[5] *See* Brief in Support of Petition at 3 [Doc. No. 1-4]; 1/12/26 Motion for Bond Hearing ¶ 5 [Doc. No. 1-9].

[6] *See* 1/12/26 Motion for Bond Hearing ¶¶ 2, 5 [Doc. No. 1-9]; Pet. Writ Habeas Corpus 2 [Doc. No. 1].

On January 22, 2026, Mr. Rozikov filed the instant petition for a writ of habeas corpus.[7] According to the petition and accompanying documents, Mr. Rozikov was transferred to Moshannon prior to his filing of the petition.[8] Accordingly, the Court lacks subject-matter jurisdiction over this case.[9] Under 28 U.S.C. § 1631, the Court may transfer an action to cure a jurisdictional defect if the transfer is in the interest of justice. Because it is in the interest of justice to enable Mr. Rozikov to expediently seek review of his allegedly unlawful detention without having to refile, the Court is inclined to transfer this action to the United States District Court for the Western District of Pennsylvania.

On January 26, 2026, the Court ordered Petitioner to administer service to the U.S. Attorney's Office and all Respondents forthwith.[10] The Court contemporaneously ordered the Clerk to serve the petition and the appropriate summons on the U.S. Attorney's Office,[11] and, consistent with established protocol in recent cases involving ICE-detainee habeas petitions, the Court distributed a copy of Mr. Rozikov's petition to all counsel by email. Based upon the email correspondence appended hereto as **Attachment 1**, the parties agreed that it is proper for the Court to enter an order of transfer.

**AND NOW,** this 28th day of January 2026, for the foregoing reasons and in light of the parties' agreement, it is hereby **ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. § 1631.

---

[7] Pet. Writ Habeas Corpus [Doc. No. 1].

[8] Pet. Writ Habeas Corpus ¶¶ 2, 6 [Doc. No. 1]; ICE Search Results, Dilshod Rozikov [Doc. No. 1-3].

[9] *Trump v. J.G.G.*, 145 S. Ct. 1003, 1005-06 (2025); *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004) ("[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement.").

[10] 1/26/26 Order [Doc. No. 3].

[11] 1/26/26 Order [Doc. No. 3].

It is so **ORDERED.**

                                          **BY THE COURT:**

                                          /s/ Cynthia M. Rufe

                                        **CYNTHIA M. RUFE, J.**

# ATTACHMENT 1

From: Rizwan Khalid <rizwan@rmklawoffices.com>
Sent: Wednesday, January 28, 2026 12:33 PM
To: Wilkins, Desiree (USAPAE) <Desiree.Wilkins@usdoj.gov>
Cc: Kristen Pepin <Kristen_Pepin@paed.uscourts.gov>; anthony.stjoseph_usdoj.gov <Anthony.StJoseph@usdoj.gov>; susan.becker_usdoj.gov <Susan.Becker@usdoj.gov>; gregory.david_usdoj.gov <Gregory.David@usdoj.gov>
Subject: Re: 26cv416-CMR

**CAUTION - EXTERNAL:**

Yes we are in agreement.  Thank you

*Best Regards,*

Rizwan M. Khalid, Esq.
Attorney At Law

**Law Offices Of Rizwan M. Khalid**
**Philadelphia, PA Office:**
9733 Bustleton Avenue. Suite 2S
Philadelphia, PA 19115
**Princeton, NJ Office:**
4469 Route 27. Suite 1
Princeton, NJ 08540

Phone: 267-423-6032 (Philadelphia Office)
            732-853-8580 (NJ Office)
       Fax: 877-205-1276
http://www.rmklawoffices.com
**Please mail all correspondence to Philadelphia, PA office.**

NOTICE: This electronic mail and any attachments are intended only for use of the intended recipient and may contain trade secrets, privileged or otherwise confidential information.  Unauthorized review, use or dissemination of this electronic mail or the information contained herein or attached hereto by any person other than the intended recipient is prohibited.  E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, or contain viruses.  The sender therefore does not accept liability for any errors or omissions in the content of this message. Also, note that initiating conversation with the firm, including any attorney of the firm or staff via phone, website, email, fax, or mail correspondence does *not* in and of itself create an attorney-client relationship. If you

have received this message in error, or believe you are not authorized to receive this message, please contact: rizwan@rmklawoffices.com and officestaff@rmklawoffices.com

On Tue, Jan 27, 2026, 9:47 AM Wilkins, Desiree (USAPAE) <Desiree.Wilkins@usdoj.gov> wrote:

Good morning, Ms. Pepin,

Upon further review of the Complaint in *Rozikov*, 26-cv-416, the complaint states throughout that Mr. Rozikov is detained at Moshannon Valley Processing Center. We confirmed that Mr. Rozikov has been at Moshannon Valley since 11/22/2025. Since his petition was filed on 1/22/2026, the Western District of Pennsylvania is the proper venue. I am cc'ing Petitioner's counsel here. If counsel is in agreement, we respectfully ask the Court to transfer the case to WDPA.

Please let us know if the Court requires further information and thank you very much.

Sincerely,

Desiree Wilkins

Paralegal Specialist, Civil Division

U.S. Attorney's Office, EDPA

615 Chestnut Street, Suite 1250

Philadelphia, PA 19106

215-861-8375

desiree.wilkins@usdoj.gov

